FILED

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

pg 1 of 15

FEB 24 2020

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY

CAROLINE MORGAN,
PLAINTIFF,

v.
CITY OF AUSTIN, (ex-parte),
as they operate Austin Police Department,
DEFENDANT.

Ca. no.

# W20CA144

## COMPLAINT

Plaintiff, Caroline Morgan, brings forth this lawsuit against the Defendant, City of Austin, as they operate the Austin Police Department (APD), for the unlawful emergency detention on 5/30/19. The Defendant acted under the circumstances out of bounds of their lawful authority under state law.

## PARTIES

1. Plaintiff, Caroline Morgan, is a citizen of the United States of America and a resident of the City of Austin, County of Travis, State of Texas. I am acting as pro se litigant. I was born in Houston, Texas and have lived in Austin, Texas for the most of 25 years. I am writing this at USPS where the Def. is constantly sending people to give a bully call signal to me. They knew I was going to write this today & they don't want it written, their pre-meditated efforts to stop this so far have included 1) causing me major sleep deprivation last night, 2) brutally attacking me last night, 3) removing my blank pieces of paper (to write this), an exhibit & other docs from my bag last night & putting water on them to damage them & then putting them back (the inside of the vinyl cover I use to protect them was not wet nor any other item in my bag, therefore they were removed, wetted & put back), 4) having the business closest with a copier (state hit) copier was not working today so I could not copy exhibit. I am stating this because this systematic, multi-level efforts are a pattern of the Defendant's, that will be detailed again & again throughout this ~~complaint~~ Complaint. And yes, I was able to secure more blank paper to write this.

2. The Defendant, City of Austin, as they operate the Austin Police Department (APD), is a municipal corporation & a governmental subdivision of the State of Texas. Their contact information is City Attorney; PO Box 1088, Austin, TX 78701.

## EX-PARTE STATUS

3. On 7/20/16 I filed 2 State Bar of Texas attorney grievances against 2 FBI attorneys - Charles K. Cooper, US Assistant Attorney for stating he certified mailed Def's Reply to Pl's Response in USDC WDTX Austin ca no. 1:15-CV-1255-SS when USPS stated they had no record

USDC WATX WACO   C. Morgan v. City of Austin (ex-parte)
Case 6:20-cv-00144-ADA-JCM   Document 1   Filed 02/24/20   Page 2 of 12
pg 2 of 15

of ever receiving that certified mail, and David M. Hardy, FBI FOIDs Sectional Chief, for testifying under oath in US District Court that "no responsive records" is a term of art & that records do exist and yet filed a declaration in my case no. 1:15-CV-1255-SS stating no responsive records & no records exist. This same night, 7/20/16, the FBI retaliated against me & chemically burned the inside of both of my elbows. On or around 7/25/16 with full blown out chemical burns extending to my upper arms & forearms, I went to APD Downtown Headquarters to file a police report against the FBI. I was told to use the phone in the lobby. I called and gave the officer my information. I was not asked any mental health questions. Do you know what day it is? Do you know today's date? Do you want to harm anyone? Do you want to hurt yourself? I was told they would put my call in rotation. I waited for over an hour. I called again. The officer said my information was not in the system & took it again. APD officers M. Jones #4494 & F. Castillo #4973, came & pulled me outside to talk to me. They refused to file a police report. They said the FBI is the US government & the US government is their boss. And that I would not be able to get any other officers there to file a police report either. Then officer Jones #4494 chuckled & said "but you should get those looked at because they look real bad." Since this date I have never been able to go to the police for help for any of the brutal attacks perpetrated on my body. And I am attacked nightly. On 8/4/16 I filed my first ever Office of the Police Monitor Complaint against officers Jones #4494 & Castillo #4973, (your City of Austin office no longer has this same name.) That night, 8/4/16, I was retaliated against as well and induced with a "vaginal herpes outbreak". This is the last time I sustained a full one of these. I wrote a court document in Oct 2016 (Travis county Court C-1-CV-16-010085) that stopped these. I've since learned its just them injecting my vaginal wall & able to release a vesicle with puss whenever they want. On 4/25/19 I filed my first lawsuit against the City of Austin for the July 2016 incident of failure to intervene & for March & April 2017 incidents. And on 5/2/19 I filed my 2nd lawsuit against the City of Austin, as they operate multiple services for gross negligence; for basically having a sanctioned house of torture where, attached as Exhibit A, all of these illegal medical scopic surgeries on my left breast to attack my heart were done. I would attach the pictures of the FBI chemical burn attacks on my elbows but the Def. illegally seized my bags on 5/30/19 intentionally to separate me from all of my evidence against them & against the FBI. As Exhibit A shows, I am brutally attacked & I have no protection. Other law enforcement I have tried suit against are

USDC WDTX WACO          C. Morgan v. City of Austin (ex-parte)
Case 6:20-cv-00144-ADA-JCM    Document 1    Filed 02/24/20    Page 3 of 12
pg 3 of 15

US Marshals : Travis County Sheriff in Travis county Court ca no. C-1-CV-16-011157 removed to USDC WDTX Austin 1:16-CV-01290. And I have detailed the City of Austin ÷ FBI using Texas Dept. of Public Safety against me, University of Texas Police Dept. against me ÷ ~~███~~ the FBI used Travis County Constable against me (÷ filed their internal records hidden under seal in my Travis County court ca no C-1-CV-16-010036 removed to USDC WDTX█ Austin ca no ● (1:16-CV-01264) in court documents with the USCOA 9th Cir. ÷ US Supreme Court.

Therefore, I have no protection whatsoever. This is filed ex-parte for fear of my life ; no service required. The FBI reads all mail I mail immediately after I mail it ÷ shares it with the Def. and I am attacked again. I will be brutally attacked again tonight, just like I was last night.

## JURISDICTION AND VENUE

4. This action is brought pursuant to 42 U.S.C. §1983 ÷ jurisdiction of this court is invoked under 28 U.S.C. §§1331 ÷ 1343. Plaintiff further invokes the pendent jurisdiction of this court to hear ÷ decide claims arising under state law.

5. The amount in controversy exceeds $75,000.00.

6. Venue is placed in this district because I have filed suit against USDC WDTX Austin Division Clerk's Office ÷ Hon. Sam Sparks. And Hon. Sam Sparks recused himself in ca no 1:16-CV-01264. (And then by some weird order in ca no 1:16-CV-01290 they also re-assigned this case too.)

And venue is placed in this district because I then filed in USDC WDTX San Antonio in 2018 against USPS ÷ against Hon Jack Weinstein EDNY and in 2019 against the City of Austin on 4/29/19 ÷ 5/2/19; and the Clerk's Office never said anything about the kind of evidence I was submitting in my case against Hon. Jack Weinstein EDNY but then I sub-mitted this same kind of evidence to the same Clerk's Office in my case against the City of Austin ÷ the City of Austin placed me under emergency detention on 5/30/19 citing this as one of the reasons after I had to ask them why.

While all parties reside in the Austin district ÷ the events complained of occurred in the Austin district, venue is placed in this district for non-judicial bias.

## EVENTS

(Before I begin, the weather has dropped significantly outside. It is suppose to be in the 30's tonight ÷ USPS is being barely heated. I believe in an effort to freeze me out, while their radio remains on. The Def. ÷ FBI already know what I'm going to write from my rough draft. APD

has been called on me at this USPS before saying "someone is camping out". Now should they freeze me out ÷ I take efforts to warm myself with a small blanket over my lap, then they will call APD out again to say someone is camping out." My only alternative is to finish this doc at the City library where the City ÷ FBI have attacked me before ÷ given that this ~~attac~~ is a lawsuit against the City it does not bode well for me to work it there. I have a right to put mail together at USPS without having the cops called on me. And it is very clear that I'm writing ÷ I do have 2 receipts from purchasing postage at this location earlier. Should I not be able / allowed to finish this doc, this is why - the cops, whom this doc is against were "called" on me.)

**7.** On 5/30/19 I returned to my sister's house to clean it, mow the lawn, wash the cat bedding for her 5 cats, wash my laundry ÷ eat. My nephew's 16 year old daughter (over for visitation) ÷ his girlfriend were being rushed out of the house "for reasons you cannot understand", is what he told her. I went out front to visit with the cats. Two unmarked cars pulled up fast. My bags were outside with me ÷ I had put them fully on. US marshals came out of a dark colored old '90s model like Saturn sedan. APD, male ÷ female officer came out of a silver new model SUV, that I noticed later had hidden, shadowed decals ÷ insignia. APD female officer took my bags off me ÷ held onto me. My nephew came out ÷ I told APD I would not speak with him present. This was 15 minutes after arriving, it was pre-planned ÷ they involved my family too, to help set it up ÷ then how to act when it happened.

Two plain clothes males presented themselves as US marshals, Agent Vela is the one who did most of the talking ÷ who took my photograph once APD female officer handcuffed me hard. Agent Vela said you cannot send any more tampons ÷ feces to the court. I said I would not. I told him I had sent blood on tissue before ÷ feces on tissue before as evidence and I was never told not to. And that now he was telling me no, I would not. I told him I'm acting as pro se litigant ÷ I researched ÷ the USPS website did not have those listed. He said biohazard material. I told him I had sent it to the US Supreme Court in 2017 ÷ to this same Clerk's Office in 2018 ÷ 2019 and was never told not to, and now that I was being told, I would not. APD female officer asked US Marshal Agent Vela if that was good with him ÷ he shook his head yes ÷ said oh. (EXH B is blood ÷ underwear)

Then APD female officer told me my family was concerned because I had not been back in 3 weeks. She asked when was the last time I had contact with my family. I told her I just saw my sister on May 24th (6 days ago) at her job, that I was there a few hours ÷ we had a good visit. This time my nephew came out through the garage and I stopped talking, until he was made to go in. Then APD female officer said

USDC WDTX WACO          Cv Morgan v. City of Austin (ex-parte)
Case 6:20-cv-00144-ADA-JCM     Document 1     Filed 02/24/20     Page 5 of 12
pg 5 of 15

they were placing me under Emergency Detention. She asked me the 4 mental health questions
and I answered them. I asked if I could call a lawyer, she said no, I asked her what my
rights were. She chuckled + said "basically freedom of speech is the only right you have
right now." I asked her if she could tell me what this was based on so that I could speak
to each of them. She said mention to the court what you mentd. I said I just told him
this was the first time I was told I couldn't + it wasn't going to happen again + he was ok
with it. She said your family is concerned about you. I said I just visited with my sister
on May 24th + we had a good visit. She said now we're going in circles + we're not going to
do that. I said can I take my bags. She said no, leave them with your family, they
will be safe, they're you're family. I told her I had a lawsuit against APD, she said this
has nothing to do with that. I told her that my bags were not safe, that I had been at-
tached in that house + was never able to call APD about it because they had refused in
the past to file a police report. She said to follow her to the street. I asked if I could take at
least my backpack (that had all my journals in it), she said no it will stay with your family.
I was searched in the middle of the street + hand cuffed hard. (Exhibit B is 5/24/19 receipt with my stuff)

8. On the curbside there, I told them if urine or feces is released it is beyond my control. The male
officer says please don't let us know. I say something like I don't intend on doing it. He
says something like good thanks. I leave it at that. 12/30/15 I file my first lawsuit ever in
my whole life against the FBI, injunctive relief under FOIA to get my FBI record to see why the FBI
is attacking me. 4/20/16 I file my 2nd lawsuit v. USA as employer of FBI. It's a federal tort
claim for the FBI illegally accessing my veins + I file an exhibit of videos of my veins illegally
accessed but Deputy Clerk refuses to accept my exhibit. I have to come back the next day with
local court rule in hand to get her to file them. These are case nos. 1:15-cv-1255-SS + 1:16-cv-0495
-SS respectively. The FBI fast tracks them + does dirty legal tricks like delaying, tampering with or
denying me my USPS court mail. On 6/30/16 I look up bus info to go to New Orleans 5th Cir. to file in per-
son a petition for writ of mandamus against them + what they're doing to my mail. On 6/30/16 court Doc #13
is an Order ruling on motions in both of my court cases together, and Hon. San Sparks speaks hearsay
to Dep. Clerk refusing my exhibit + it's mailed from San Antonio when the court is in Austin. (severe
bottom left foot arch pain being released in me) There's no way I'm going to have a chance at appeals if
the FBI + USPS keep on doing this to my court mail. My bus leaves 7/4. On 7/3/16 the FBI releases on
speed drug in me. I call APD + ask if I should go to the ER. They say they can't tell me that, I go to
the ER. The City of Austin has a contract with Seton Hospital to run the city hospital. I tell the
nurse the FBI drugged me because I'm on my way to NOLA to file a court doc they don't want me to file.

USDC WDTX WACO    C. Morgan v. City of Austin (ex-parte)
Case 6:20-cv-00144-ADA-JCM    Document 1    Filed 02/24/20    Page 6 of 12
pg 6 of 15

she doesn't ask me any mental health questions. They take my urine. The doctor refuses to do a blood test unless I do an EKG too. I tell him I can't afford an EKG. He refuses to treat me. I file a medical board complaint against him with TMB. This is all documented in many courts. I've left a paper trail in all the courts over the years. On 7/5/17 I file a lawsuit v. Seton in Travis County Court (cause left bottom foot arch park) ca no C-1-CV-17-006439 abandonment doctor. The FBI incapacitates me on my bus ride to NOLA ½ illegally records me in my incapacitated state ½ gives this video ½ Doc #13 order to the 5th Cir. I'm allowed no relief ½ the attacks on me get worse, 2 more times drugs are released on me in public ½ I go to separate clinics to try ½ get drug tested. The FBI intervenes with both clinics, so I begin saving my urine as evidence, when I'm drugged my petition is stalled in the 5th Cir. so I move to proceed in US Supreme Court, on 8/22/16. Fifth Cir. renders judgement on my petition on 8/24/16 ½ grants move to proceed in same order But my motion to proceed is not file stamped until 8/25/16. So how could they order on something not received yet? I would attach all of these docs but the feds. illegally seized my bags on 5/30/19, On 9/30/16 I mail Emergency Petition to US Supreme Court. The only thing destroyed out of the 42 items in the back of my truck is a double wrapped, non-forming sample of my urine that I saved. So I begin saving my tissue from my menstrual cycle. In Oct 2016, Nov 2016 the FBI stops my menstrual cycle. I write the US Supreme Court tell them. Then I get my menstrual cycle again. Then the FBI gets pissed off ½ stops it again. Then Aug 2016 I file a fed. tort claim against FBI for my menstrual cycle ½ mail it at let's say 2:12pm then go back to my sister's house at 2:38pm ½ the urgency to pee is released on me, I use the bathroom ½ lo ½ behold I'm allowed my menstrual cycle again. It doesn't last. They hardly let me have it anymore, so I started to save a little wipe of my feces. (In Oct 2016 they began releasing urgency to pee ½ poop in me)

I ask APD officers how I will be released. Female officer says that depends on me; the doctor evaluating me will decide if I'm released or admitted; she says the more you tell her, the more she has to work with; and she says if I were you I wouldn't hold anything back. The APD officers take me to Seton Dell University Hospital for psychiatric evaluation. The very same hospital I already have a lawsuit against.

9. Seton immediately gives me documents to sign for voluntary medical treatment. I politely tell them this is not voluntary ½ refuse to sign all docs. They ask twice if they can talk to my family, twice I tell them no. At noon they illegally withdraw my blood. Around 2pm I finally get to eat for the first time. Around 4pm I ask what's going on. The social worker Madeleine comes in to tell me they're trying to get funding to admit me to Seton Mental Hospital - Seton Shoal Creek. I ask her if I can call an attorney. She said I could not

contact an attorney until an order of protective custody was filed, if it was filed. I was illegally mentally assessed and discorrented. The funding comes through by Travis County Central Health.

Travis County Central Health owns Integral Care mobile mental Health Unit, whom the FBI had my sister & nephew call out to my sister's house 3 times in May & June 2018. The first time they came, I went to a neighbor's house borrowed the phone & called 911/APD and gave them my name & asked them what my rights were. APD, did not ask me any mental health questions, they said I did not have to talk to them. June 2018 I filed a federal tort claim against Michael Horowitz, Inspector General of USDept. of Justice & told him about this. Integral Care was never called to my sister's house again. In 2019 on my walk to the post office I stopped to write a court doc off a busy street. The FBI called Integral Care out, I walked away. On 5/6/19 I hand delivered a cease & desist letter to Travis county Central Care Integral Care public how tat Health. On 5/30/19 they pay for me to be admitted to a mental hospital against a hospital I have a lawsuit against of which I was involuntarily brought to by APD of whom I also have a lawsuit against.

Then I'm told Seton Security called in code & I will be transported to the mental hospital by APD. At 6:38pm I make a note to be put in my medical record that I am of sound mind & body & I'm going to be transported by APD, should anything happen to me.

In Nov 2016 the FBI is trying to get my mom to get $13,000 together to pay off my truck & credit card & loan with UFCU. In Sept 2016 I filed a lawsuit v. UFCU Travis county C-1-CV-16-009132 to protect my truck as evidence against the FBI; injunctive relief. In Nov. I amend this so my loans can't be paid off. There is no way I would ever be able to protect the truck by myself. This passes the FBI off & they have the UPS Store #1671 arbitrarily cancel my mail service so they can run lot court docs through the system fast & I can't fight them if I don't know about them. The Clerk's office also delays in scanning them. I forward my mail to the only address USPS will let me have - 823 S. Congress Ave, Austin, TX, 78701 c/o general delivery. The same address I'm giving this court. The FBI & USPS hold my mail, & then allow me 3 pieces on 12/5/16. On 12/1/16 the FBI has UFCU countersue me & apply for writ of sequestration ex-parte & it is granted this same day too. On 12/12 or 12/13 I file my last court doc in person. The Clerk's office walks the Constable across the street to let them know I'm there. For the first time in my life I'm forced street homeless to protect my evidence, my truck. Other court docs are run through fast that I don't know about to fight. Homeless, without money & being starved, I ask people for help with stamps, paper, envelopes & file what court docs I can.

Finally in March 2017 the FBI has had enough & keys releasing a knockout drug in me, everytime I put pen to paper, no matter where I am. I keep writing docs, it just takes longer & is messier.

I'm made to wait forever at Seton Dell & the whole time I'm writing the knockout drug is released in me repeatedly for numerous reasons. All I can do is stay standing & do exercises & stretches to keep from being taken out. If they succeed in knocking me out they will do worse things to me. ~~Finally in the 10pm hour~~ (Attached as Exhibit C is my journal from Mon. 2/17/20 that shows my brain being turned off in my handwriting as they are repeatedly knocking me out for an hour.) Finally in the 10pm hour I'm transported by 2 males, Seton Security & APD in Seton Security officer ~~SUV~~ with a blocked off, no locks back seat.

10. Seton Mental Hospital - Seton Shoal Creek, Nathan in Admissions gives me paperwork to fill out. I politely refuse. I ask if I can call an attorney. He said I could not contact an attorney until an order of protective custody was filed. I am strip searched. They ask for the code to give my SSN. I say no. The doctor says Seton Dell spoke with my SSN. I tell her I told them no twice. Satur-day morning first thing my blood is illegally taken. They believe there is a call from my SSN, I say no. I am told twice by 2 separate doctors that I will be cleared Mon. 6/3/19 at noon. On Sun. 6/2/19 Nurse Brad says if I "really want to be discharged I have to take medi-cation & go to group therapy." I immediately wrote a court doc in my lawsuit against Seton Hospital (ca. no. 0434) & give it to my Dr. Seton Hospital to mail. No more medication is presented to me again & I am released 6/3/19 at noon. I have a witness says that she saw me take my belongings. I never sign any of their papers or fill out anything from 5/30 to 6/3/19. Attached as Exhibit D is my 6/2/19 doc that got me released.)

11. On 6/3/19 I file a new lawsuit in Travis County court v. my older sister, my nephew & my mom. Application for permanent injunctive relief, so the City of Austin or FBI can't use them to commit me & also to keep them from copying my journals or court docs to use against me. I love my family very much. This was not a lawsuit for monetary damages or to hurt anyone criminally. This was a lawsuit to protect my ~~basic~~ most basic right, my well-being. It speaks volumes ~~against~~ about the bad. that they forced a family to do this to each other.

12. On 6/4/19 I go to mail certificate of service to Seton Hospital & USPS, the FBI & City of Austin try to set me up with a receipt that's already going, that shows a package received on it with a tracking number from Alabama. I try to get the Clerk 35 to correct the receipt she won't. Then the manager comes out, she has her correct it but then snatches up the receipt I had. I tear my notes off fast, my 2nd USPS receipt is attached as Exhibit E. They were trying to set me up & also not have me be in compliance with the court, so they could lock me up & throw away the key.

13. APD had me in their custody from 5/30/19 to 6/3/19 & US Marshal Agent Vela took my picture. No federal, local or county charges were ever brought against me during this time.

14. I was illegally diagnosed as "delusional." To this day the Def. continues to send mental health professional & experts out to observe & assess me, often times with staged events. And sometimes at night, the FBI & Def. also host them but only for parts of the night (Aroin pain being released) & obviously, after I've been injected & the results are in favor of the FBI & Defendant. The Def. was suppose to have just cause for their emergency detention prior to 5/30/19 & not create it or "find it" after.

## COUNT I VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C. § 1983

City of Austin (ex-parte), Defendant

The plaintiff re-affirms & re-alleges each & every allegation set forth in this complaint & will allege further that:

15. The Plaintiff has a right to be free from illegal searches and seizure of plaintiff's person and a right to be free from unlawful arrest, detention & imprisonment, the rights secured to plaintiff by the 4th, 5th & 14th Amendments of the Constitution of the United States and by 42 U.S.C. § 1983.

16. Defendant's lawful authority under State law is detailed in V.T.C.A. Health & Safety Code.

### COUNT II

18. Under V.T.C.A. Health & Safety Code § 573.025 Rights of Persons Apprehended, Detained or Transported for Emergency Detention under sub-section (a)(2) "A person apprehended ... to a reasonable opportunity to communicate with and retain an attorney." I was denied by the Def., by employee Madeline at Seton Dell and by employee Nathan at Seton Shoal Creek, every step of the way, to communicate with & retain an attorney.

### COUNT III

18. Under V.T.C.A. Health & Safety Code § 573.025 subsection (a)(5) "A person apprehended ... to be advised that communication with a mental health professional may be used in proceedings for further detention." APD female officer advised Plaintiff - the more you tell her, the more she has to work with; if I were you I would not hold anything back. Plaintiff was not advised by Def. that communication with a mental health professional may be used in proceedings for further detention.

### COUNT IV

19. Under V.T.C.A. Health & Safety Code § 574.045 Transportation of patient subsection (d) "a female patient must be accompanied by a female attendant unless the patient is accompanied by her father, husband, or adult brother or son." Plaintiff was accompanied by 2 male officers - a Seton Security officer & Def. Austin Police Officer.

### COUNT V

20. Under V.T.C.A. Health & Safety Code § 574.045 subsections (e) & (h) "the patient may not be transported in a marked police or sheriff's car or accompanied by a uniformed officer unless other means are not available", and "the patient must be transported directly to the facility within a reasonable amount of time & without undue delay." Had

Plaintiff not written a note at 6:38pm for my medical record stating I was to be transported by the Def. APD because Seton Security "called in sick", my rights would have been violated further. Plaintiff was transferred in a marked car, that had a blocked off passenger seat, if that's what you call it, it was ceiling & hard plastic & there were no locks on the back doors & I was transported by 2 officers - Seton Security had/wore all the markings of an officer. And Plaintiff was not transported in a reasonable amount of time; it was an extremely undue delay. Because the Def. & FBI did not get their way in APD transporting me at 6:38pm, I was made to wait 3 1/2 hours more under cruel & unusual punishment of constantly having the horochout drug released in me, in hopes that they would still be able to attack me before my arrival at Seton Shoal Creek. It was only a "ruse" that "Seton Security called in sick". From 6:38pm to 10pm I saw so many Seton Security & APD sitting around & I saw their shift changes. And there was lots of mumbling & discontent after my 6:38pm letter/note.

24. The acts of Def. described above were all performed with malice & premeditation under color of state law with willful & wanton disregard of Plaintiff's rights under the 4th, 5th, 8th & 14th Amendments of the Constitution & in contravention of the letter & spirit of 42 U.S.C. § 1983.

25. As a result of these acts, Plaintiff has suffered great pain, deprivation of liberty, loss of ability to work & fully function as a member of her family (the Def. has severed it to one way communication only, less my family be used to commit me, or the Def. use them to help apprehend me for trumped up "charges" after 6/3/19) & community (as the Def.'s ever revolving protective order of Rebecca's (Tx License LVL-8080) & downright criminal set up "illegal" "sexual" "conduct" & Rebecca's children forced me street homeless for the 2nd time in my life on 4/10/19, allowed & continues to allow the Def. to turn the community against me). (left chest pain released)

                                  DAMAGES

26. My fed. tort claim against the FBI for chemically burning my elbows, I researched their annual budget at the time & it was 23.8 billion. In my motion to the US Supreme Court that included a copy of that FTC, I stated the damages were for that amount because I had every intention of stopping the FBI from ever doing what they've done (& continue to do) to me & my family from ever happening to another person & family again. I have used the same amount for all of my lawsuits since because hers could being incapacitated on a city bus & sexually assaulted while incapacitated (I'm still a virgin & a lesbian, which by the way why the FBI has allowed me to have my period again as of yesterday because they & the Def. are still planning on having me "randomly" sexually attacked & retrieving blood from my "menstrual cycle" & illegally recording it to show are servers so they can say "look see she was still a virgin") or being incapacitated at the city library & having my veins accessed and/or tice released on me, etc ever quantity as less. Damages are for $23.8 billion.

WHEREFORE, Plaintiff prays that judgment be entered in her favor.
Dated: 2/14/20

Respectfully submitted,
Caroline Morgan
Caroline Morgan



PLACE
STAMP
HERE

10¢

Clerk's Office USDC WDTX
Waco Division
800 Franklin Ave, Room 380
Waco, TX 76701

Morgan
623 S. Congress Ave
Austin, TX 78701
c/o general delivery

